

NORTH CAROLINA WESTERN
MEMORANDUM

**To:** The Honorable Robert J. Conrad, Jr.
U.S. District Court Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** Jamillah Aiesha Abdullah
Case Number: 3:10CR00272- 003
**REQUEST TO DESTROY SEIZED PROPERTY**

**Date:** 5/23/2014

---

On 2/23/2012, the defendant was sentenced pursuant to a conviction for Conspiracy to defraud the U.S., in violation of 18 U.S.C. 371 – Class D Felony. She was ordered to serve 2 years' probation. During her term of probation, the following property was seized from the defendant: 1) A clear plastic container with cocaine residue, and 2) A dollar bill used for ingesting cocaine. Based on the evidence found along with additional violations, on 1/10/2014, Your Honor signed a modification, ordering Ms. Abdullah to be placed on location monitoring with electronic monitoring until the expiration of her probationary term. Her probationary term expired successfully on 2/22/14. However, the probation office neglected to make a request for destruction of the seized property at the time of expiration. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7681, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: May 23, 2014

Robert J. Conrad, Jr.
United States District Judge